# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TANYA SUZANNE JOBIN,

Appellant,

v.

SCOTT FREDERICK JOBIN,

Appellee.

No. 2D2024-1872

_____

March 4, 2026

Appeal from the Circuit Court for Pinellas County; Steve D. Berlin, Judge.

Peter N. Meros, St. Petersburg, for Appellant.

Mark A. Sessums of Sessums Law Group, P.A., Tampa, for Appellee.


PER CURIAM.

     Affirmed.


KHOUZAM, MORRIS, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.